1

**Attorneys for Def. Fluor Hanford, Inc**.

2

Michael B. Saunders
Halvorson Saunders & Willner, P.L.L.C.
800 Fifth Avenue, Suite 4100

3

Seattle, WA  98104
TEL: (206) 386-7789
FAX: (206) 386-7856

4

msaunders@halvorsonsaunders.com

5

6

7

8

9

10

**UNITED STATES DISTRICT JUDGE
The Honorable EDWARD F. SHEA**

**UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF WASHINGTON**

11

12

13

14

Duane Hall, Plaintiff

  vs.

Fluor Hanford, Inc., Defendant

_____

)
)
)
)
)
)

**No.: CV-08-5029-EFS**

**Protective Order**

**Pursuant to Stipulation of the Parties**

15

16

  THIS MATTER came before the Court on the parties' Stipulated Motion for Protective Order.  The Court has been fully advised.

17

THE COURT FINDS:

18

19

1. Good cause exists for granting the stipulated motion and issuing a protective order.

20

IT IS HEREBY ORDERED, ADJUDGED AND DECREED

21

1. The Court GRANTS the parties' stipulated motion (Ct. Rec. 74).

22

23

24

25

2. **Documents**.  The word "documents" means all written, recorded or graphic matter whatsoever, including, but not-limited to, interrogatory answers, demands to admit and responses thereto, documents produced by any party or non-party in this action whether pursuant to Fed. R. Civ. P. 34, subpoena, or by

**Protective Order Pursuant to
Stipulation of the Parties - 1 -**

**HALVORSON SAUNDERS & WILLNER, PLLC**
800 FIFTH AVENUE, SUITE 4100
SEATTLE, WA 98104
TEL: (206) 386-7789
FAX: (206) 386-7856
msaunders@halvorsonsaunders.com

1  agreement, deposition transcripts and exhibits, and any portions of any court

2  papers which quote from or summarize any of the foregoing.

3     3.  **Scope and Purpose of the Order:** The Protective Order shall govern the

4  designation and handling of protected documents produced by any party or non-

5  party in discovery in this litigation, whether by voluntary production or

6  disclosure or in response to any formal discovery procedure, including

7  designation and handling of nonpublic information of a confidential nature. The

8  Protective Order does not affect any party's obligations under the Federal Rules

9  of Civil Procedure to produce documents as required by the rules of discovery

10  or an order of the Court.  The purpose of the Protective Order is to facilitate the

11  handling or nonpublic information of a confidential, proprietary, or sensitive

12  nature.

13     4.  **Standards for Protected Documents**. Any party or non-party who is

14  required to produce documents or information in discovery in this litigation

15  may designate produced material as protected, including trade secrets,

16  unpublished financial data, technological developments, pricing or cost

17  information, production or sales forecasts or strategy, the terms of executory

18  contracts, commercially sensitive information of a non-public nature,

19  confidential employee and personnel information and documents, confidential

20  healthcare or mental healthcare information and documents, and other

21  confidential and sensitive materials of a similar nature.

22     5.  **Protected Documents**. Protected documents are those documents marked as

23  "CONFIDENTIAL" by the producing party or non-party. Protected documents

24  will be covered by the Protective Order and will be used only for the purposes

25

**Protective Order Pursuant to
Stipulation of the Parties - 2 -**

**HALVORSON SAUNDERS & WILLNER, PLLC**
800 FIFTH AVENUE, SUITE 4100
SEATTLE, WA 98104
TEL: (206) 386-7789
FAX: (206) 386-7856
msaunders@halvorsonsaunders.com

1    of this case, and will not he used by any party, party representative, or counsel

2    for any purpose unrelated to this case.

3    6.    **Designating Protected Documents**.

4    a.    **Marking Protected Documents**. Protected documents shall be designated

5        confidential by marking them "CONFIDENTIAL" in a size and location that

6        makes the designation readily apparent.

7    b.    **Designating Deposition Testimony**.  Any party or non-party wishing to

8        designate deposition testimony or deposition exhibits as confidential may do

9        so on the record during the deposition, or within 30 days after receipt of the

10       deposition transcript and exhibits by providing written notice of the

11       designation to the parties and any other affected person. The party making

12       the designation shall be responsible for assuring that those portions of the

13       deposition transcript and exhibits designated as confidential are

14       appropriately identified as such by the reporter.

15   c.    **Subsequent Designation**. A protected document produced or disclosed

16       without a "CONFIDENTIAL" designation may be subsequently designated

17       by any party as confidential. In each such case, the designating person shall

18       provide to all other parties written notice of that designation and a copy of

19       the document marked in accord with paragraph (5)(a). No person shall be

20       liable for publicly disclosing a document marked "CONFIDENTIAL" if that

21       disclosure occurred prior to receipt of written notice pursuant to this

22       paragraph.

23   d.    A party seeking agreement that certain protected documents should be

24       sealed if filed with the court may seek agreement for that additional

25

**Protective Order Pursuant to
Stipulation of the Parties - 3 -**

**HALVORSON SAUNDERS & WILLNER, PLLC**
800 FIFTH AVENUE, SUITE 4100
SEATTLE, WA 98104
TEL: (206) 386-7789
FAX: (206) 386-7856
msaunders@halvorsonsaunders.com

protection. If agreement is reached to apply that level or protection, any party filing documents entitled to that level or protection must comply with the applicable Eastern District Local Rules for filing sealed documents.

7. **Maintaining Designated Protected Documents**.  Any protected document must be maintained in a manner reasonably calculated to preserve its confidentiality.

8. **Disclosure of Protected Documents**.

a. Except as set forth herein or by any subsequent court order, no protected documents shall be delivered, exhibited, or disclosed to any persons unless done in a manner in compliance with the Protective Order.

b. Protected documents may be delivered, exhibited, or disclosed to the following persons subject to the limitations in the Protective Order:

    i.    The parties' counsel, including Fluor's outside attorneys and in-house counsel.

    ii.    Secretaries, paralegal assistants, and other employees of such counsel who are actively engaged in assisting counsel in the preparation of these actions.

    iii.    Employees of parties involved solely in one or more aspect of organizing, filing, coding, copying, scanning, converting, storing or retrieving data and/or designing programs for handling data connected with these actions, and to employees of third party contractors performing one or more of these functions for one or more parties.

    iv.    The parties and their client representatives for purposes related to this litigation.

**Protective Order Pursuant to Stipulation of the Parties - 4 -**

HALVORSON SAUNDERS & WILLNER, PLLC
800 FIFTH AVENUE, SUITE 4100
SEATTLE, WA 98104
TEL: (206) 386-7789
FAX: (206) 386-7856
msaunders@halvorsonsaunders.com

v.   Counsel for the United States Department of Energy (DOE) and other appropriate officials of DOE who are involved in litigation review, together with the secretaries, paralegal assistants, and other employees of such counsel and officials.

vi.   Persons noticed for depositions or designated as trial witnesses and their counsel to the extent deemed necessary by counsel for the witnesses' preparation for testimony.  Such persons shall be provided with a copy of the Protective Order and advised that they are bound by it.

vii.   The court or court personnel involved in the court's handling of this litigation.

viii.   Outside consultants and experts retained for the purpose of assisting in the preparation of this action.

ix.   Persons retained or engaged for purposes of alternative dispute resolution, including mediators and/or arbitrators.

c.   Before making disclosure of protected documents to an outside consultant or expert, the party must obtain an agreement in writing (per the form attached as Exhibit A) from the outside expert or consultant designating the documents or materials to be disclosed with particularity, and reciting that he or she has read a copy of this Protective Order and agrees to be bound by its provisions.

9.   **Disclosures to Other Counsel**. Protected documents may be disclosed to counsel who (1) file an appearance for any party in this action; and (2) are actively engaged in the preparation of this action, but only on the conditions

**Protective Order Pursuant to**
**Stipulation of the Parties - 5 -**

HALVORSON SAUNDERS & WILLNER, PLLC
800 FIFTH AVENUE, SUITE 4100
SEATTLE, WA 98104
TEL: (206) 386-7789
FAX: (206) 386-7856
msaunders@halvorsonsaunders.com

1    that such counsel shall not use, directly or indirectly, any information from the

2    confidential documents of another party or non-party in connection with any

3    commercial or legal activity not directly involved with the prosecution or

4    defense of this action or otherwise violate the provisions herein.

5    10. **Filing of Protected Documents**. A "CONFIDENTIAL" designation does

6      not render CONFIDENTIAL material sealed, nor does it amount to a stipulation

7      that the CONFIDENTIAL material is to be filed under seal.

8    11. **Reference to Protected Documents**.  Protected documents may be referred

9      to in interrogatory answers, motions, briefs, and may be used in depositions and

10     marked as deposition exhibits in this action.  However, no such document or

11     testimony shall be used for any of these purposes unless it, or the portion of the

12     court paper in which it is revealed, is appropriately marked CONFIDENTIAL.

13     12. **Producing Parties' Use of Protected Documents**. Nothing in this Protective

14     Order limits a producing party's use of its own documents or documents

15     obtained through means other than discovery requests or subpoenas in this

16     litigation. Such use shall not be deemed to affect any confidential designation

17     made under the terms of the Protective Order.

18    **13.   Disputes as to Confidentiality Designation**

19     a. **Meet and Confer Requirement**.  If, at any time, a party disagrees with the

20      designation of a protected document, the parties must first attempt to resolve

21      the dispute informally in a face-to-face or telephonic conference initiated by

22      the party disputing the designation.  If the dispute is not resolved through the

23      meet-and-confer process within a reasonable time, the party seeking

24

25

**Protective Order Pursuant to
Stipulation of the Parties - 6 -**

**HALVORSON SAUNDERS & WILLNER, PLLC**
800 FIFTH AVENUE, SUITE 4100
SEATTLE, WA 98104
TEL: (206) 386-7789
FAX: (206) 386-7856
msaunders@halvorsonsaunders.com

1  protection may move for a protective order or the party disputing the

2  designation may present the objection(s) to the court.

3     b. **Status Pending Resolution of Disputes**.  Any disputed document or other

4  material must be treated as a protected document under the Protective Order

5  until entry of' a court order ruling otherwise.

6  14.  **Rights of the Parties**. The Protective Order is without prejudice to the right

7  of any party to apply to the Court for any further protective order relating to any

8  confidential information or for an order permitting disclosure of any

9  confidential information beyond the terms of the Protective Order. Nothing in

10  the Protective Order shall prevent any party or non-party from seeking

11  modification of the Protective Order or from objecting to discovery that it

12  believes to be otherwise improper.

13  15.  **Documents for Trial.** After the pretrial conference, the parties must meet

14  and confer to (a) reach an agreement as to the confidentiality of information to

15  be used at trial, and (b) designate documents as trial exhibits. If necessary, the

16  parties or the court will also develop a method for maintaining the

17  confidentiality of such information and documents at trial. At the producing

18  party's request, any document previously designated confidential must be used

19  at trial only in a clean or redacted copy without any such designation.

20  16.  **Commencement**.  By signature of counsel below, the parties agree to abide

21  by the terms of the Stipulated Protective Order as soon as it has been signed by

22

23

24

25

**Protective Order Pursuant to**
**Stipulation of the Parties - 7 -**

**HALVORSON SAUNDERS & WILLNER, PLLC**
800 FIFTH AVENUE, SUITE 4100
SEATTLE, WA 98104
TEL: (206) 386-7789
FAX: (206) 386-7856
msaunders@halvorsonsaunders.com

1 | counsel regardless of when the Order is signed by the Court.

2

3

4 | DATED THIS ___6th___ DAY OF ___April_____ 2009.

5

6 | _____
s/ Edward F. Shea
EDWARD F. SHEA
U.S. District Judge

7

8

9

10 | **Presented By**:

**Halvorson Saunders & Willner, PLLC**
Attorneys for Defendant Fluor Hanford, Inc.

11

12 | S/Michael B. Saunders_____
Michael B. Saunders, WSBA No. 22230

13

14 | **MacDonald Hoague & Bayless**
Attorneys for Plaintiff Duane Hall

15

16 | S/Mel Crawford_____
Mel Crawford, WSBA No. 22930

17

18

19

20

21

22

23

24

25

**Protective Order Pursuant to
Stipulation of the Parties - 8 -**

HALVORSON SAUNDERS & WILLNER, PLLC
800 FIFTH AVENUE, SUITE 4100
SEATTLE, WA 98104
TEL: (206) 386-7789
FAX: (206) 386-7856
msaunders@halvorsonsaunders.com

## EXHIBIT A

## AGREEMENT OF EXPERT OR CONSULTANT TO BE BOUND BY PROTECTIVE ORDER

The undersigned, _____ (print or type name), an outside expert or consultant retained by _____ (print or type name of party or law firm), in connection with *Hall v. Fluor Hanford, Inc.,* No.: CV-08-5029-EFS, USDC, E.D. Wash., hereby acknowledges that he or she has received a copy of the Protective Order entered in this action, has read same and agrees to be bound by all of the provisions thereof.

The undersigned further acknowledges that he or she has been given access to documents designated as *CONFIDENTIAL* and agrees to be bound by all of the provisions of said Protective Order applicable to such documents:

By: _____        Date: _____

**Protective Order Pursuant to Stipulation of the Parties - 9 -**

**HALVORSON SAUNDERS & WILLNER, PLLC**
800 FIFTH AVENUE, SUITE 4100
SEATTLE, WA 98104
TEL: (206) 386-7789
FAX: (206) 386-7856
msaunders@halvorsonsaunders.com