AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

DUANE HALL,

JUDGMENT IN A CIVIL CASE

v.

FLUOR HANFORD, INC.

CASE NUMBER: CV-08-5029-EFS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to  trial  before the Court. The issues have been tried and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Judgment on Plaintiff's Americans with Disabilities Act and Washington Law Against Discrimination claims is hereby entered in favor of the Defendant with prejudice.

April 8, 2011
*Date*

JAMES R. LARSEN
*Clerk*
s/ Penny Lamb
*(By) Deputy Clerk*
Penny Lamb